CLARK, ATCHESON & REISERT
Richard J. Reisert (RR-7118)
Attorneys for Garnishee
Societe Generale New York Branch
7800 River Road
North Bergen, NJ 07047
Tel: (201) 537-1200
Fax: (201) 537-1201

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
GETEX INVEST TRADING G.M.B.H.          :
                                       :
                                       :
                  Plaintiff,           :     **07-CV-9848**
                                       :
             v.                        :     **NOTICE OF**
                                       :     **APPEARANCE**
OOO PEF VOLGAREMFLOT                   :
                                       :
                                       :
                                       :
                  Defendants.          :
-------------------------------------------------------------x

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

    Please enter my appearance as counsel for Garnishee, Societe Generale New York Branch. I certify that I am admitted to practice before this Honorable Court.

Dated:  North Bergen, New Jersey
       November 12, 2007

                                       CLARK, ATCHESON & REISERT
                                       Attorneys for Garnishee
                                       Societe Generale New York Branch

              By:   _____
                    Richard J. Reisert (RR-7118)
                    7800 River Road
                    North Bergen, NJ 07047
                    Tel: (201) 537-1200
                    Fax: (201) 537-1201
                    Email:  reisert@navlaw.com