UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
GETEX INVEST TRADING G.M.B.H.,

                                                                07 CV 9848(GEL)

                *Plaintiff*,

v.

OOO PEF VOLGAREMFLOT,

                *Defendant.*
----------------------------------------------------------x

### NOTICE OF CHANGE OF FIRM NAME & ADDRESS

      **PLEASE TAKE NOTICE** that counsel for Plaintiff, GETEX INVEST TRADING G.M.B.H, formerly a Member of the firm, Chalos, O'Connor & Duffy, LLP, has changed his firm name to Chalos & Co, P.C. and provides the Court and all counsel of record with the following updated contact details:

                Chalos & Co, P.C.
                123 South Street
                Oyster Bay, NY 11771
                Tel: + 1 516 714 4300
                Fax: +1 866 702 4577
                Email: gmc@chaloslaw.com

      The new email address for the undersigned is gmc@chaloslaw.com.

Dated: Oyster Bay, New York         Respectfully submitted,
       June 17, 2008

                                        s/George M. Chalos
                                        CHALOS & CO, P.C.
                                        123 South Street
                                        Oyster Bay, NY 11771
                                        Ph:   516-714 4300
                                        Fax:  866-702-4577
                                        Email: gmc@chaloslaw.com

1